**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 07-6696**

_____

JOHN PAUL TURNER,

Plaintiff - Appellant,

versus

UNITED STATES DEPARTMENT OF JUSTICE,

Defendant - Appellee.

_____

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, District Judge. (7:03-cv-000250-SGW)

_____

Submitted: June 15, 2007          Decided: July 12, 2007

_____

Before NIEMEYER, MICHAEL, and TRAXLER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

John Paul Turner, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's order denying Turner's motion to reconsider a previous order dismissing this action for failure to comply with a prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Turner v. United States Dep't of Justice</u>, No. 7:03-cv-000250-SGW (W.D. Va. April 30, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>